IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-mj-01072

UNITED STATES OF AMERICA,

     Plaintiff,

v.

RODGER T. ATWOOD, I,

     Defendant.

---

## ORDER ON UNOPPOSED MOTION TO RECONSIDER DETENTION AND COMMITMENT TO ANOTHER DISTRICT

---

     This matter was before the Court for an identity detention hearing on May 16, 2012 on a Rule 5 from the Middle District of Pennsylvania, at which time the Court ordered the Defendant detained and transported to Pennsylvania. Through communications from the U.S. Marshal Service today, after which the Court participated in communications with both the U.S. Attorney's Office in Colorado (and, indirectly, in the Middle District of Pennsylvania) and Defendant's counsel, the Court has become aware that Bureau of Prisons' medical staff believes the Defendant needs a medical consult on a medical issue and believes that the consult should occur immediately. The parties agree that Defendant should remain in this District for the limited purpose of accomplishing this medical consult to determine the urgency of Defendant's medical condition. Defendant has filed a Motion [docket #24] to accomplish the same, which the Government does not oppose.

     IT IS THEREFORE ORDERED that Mr. Atwood I shall be detained in this District for the purpose of an examination and determination of his medical condition and the urgency of any necessary treatment.

     IT IS FURTHER ORDERED that the Attorney General or his designated representative for confinement in a corrections facility arrange for such examination on or before June 4, 2012; and

     IT IS FURTHER ORDERED that a Status Conference on Defendant's medical condition and his transport to the Middle District of Pennsylvania shall be conducted by the undersigned judicial officer on June 5, 2012 at 9:45 a.m. in Courtroom A-501.

DATED and ENTERED this 24th day of May, 2012, in Denver, Colorado.

BY THE COURT:

 S/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge