IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-mj-01072

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODGER T. ATWOOD, II,

Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 24, 2012.**

In light of this Court's order concerning Rodger Atwood I issued today, Defendant Rodger Atwood , II's Motion to Reconsider Detention and Reconvene Defendant's Rule 5 Hearing [filed May 24, 2012; docket #22] is **denied as moot**.